IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENVER IVAN WILSON,

  Appellant,

 v.        Case No. 5D22-2872
          LT Case No. 1999-CF-907-A

STATE OF FLORIDA,

  Appellee.

_____/

Decision filed May 30, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Denver Ivan Wilson, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

JAY, EISNAUGLE and BOATWRIGHT, JJ., concur.